IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02316-WJM-MEH

OSMAN ADAM,
ABDIRAHEEM AHMED f/k/a Rahim Ahmed,
ABDIKARIN DIRIR,
ABDIHAKIM FARAH,
HASSAN FARAH,
MOHAMUD FARAH,
ABSHIR HASSAN,
ABSHIR MAHAMED,
AHMED OMAR,
YESHIMEBET RISKE, AND
IBRAHIM YUSUF,

    Plaintiffs,

v.

MKBS LLC, d/b/a Metro Taxi, d/b/a Metro Taxi, Inc., a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 15, 2013.**

    The Stipulated Motion to Correct and Amend Caption [filed November 14, 2013; docket #24] is **granted.** The Clerk of the Court is directed to amend the caption of this case as set forth above.