IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02316-WJM-MEH

OSMAN ADAM,
ABDIRAHEEM AHMED f/k/a Rahim Ahmed,
ABDIKARIN DIRIR,
ABDIHAKIM FARAH,
HASSAN FARAH,
MOHAMUD FARAH,
ABSHIR HASSAN,
ABSHIR MAHAMED,
AHMED OMAR,
YESHIMEBET RISKE, AND
IBRAHIM YUSUF,

    Plaintiffs,

v.

MKBS LLC, d/b/a Metro Taxi, d/b/a Metro Taxi, Inc., a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2013.**

    In the interests of justice and judicial efficiency, Plaintiff's Motion for Leave to File Second Amended Complaint [filed December 27, 2013; docket #31] is **granted.**  The Court notes no objection to the timeliness of the present motion and finds that the request is timely. The Court also acknowledges Defendant's objection to the content of the amended pleading, but concludes that Defendant may challenge such content through means other (and, in this Court's opinion, more efficiently) than by responding to the present motion. The Clerk of the Court is directed to file the Second Amended Complaint located at docket #31-1. Defendants shall file an answer or other response to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15.