IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02316-WJM-MEH

OSMAN ADAM,
ABDIRAHEEM AHMED f/k/a Rahim Ahmed,
ABDIKARIN DIRIR,
ABDIHAKIM FARAH,
HASSAN FARAH,
MOHAMUD FARAH,
ABSHIR HASSAN,
ABSHIR MAHAMED,
AHMED OMAR,
YESHIMEBET RISKE, AND
IBRAHIM YUSUF,

    Plaintiffs,

v.

MKBS LLC, d/b/a Metro Taxi, d/b/a Metro Taxi, Inc., a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2014**.

    For good cause shown, Plaintiffs' Unopposed Motion to Modify the Scheduling Order [filed February 26, 2014; docket #37] is **granted.** Paragraph 9 of the operative Scheduling Order is modified as follows:

b. Discovery Cut-off:        July 30, 2014

c. Dispositive Motion Deadline:    September 2, 2014[1]

d. 3. The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 21, 2014.

d.4. The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 23, 2014.

    In addition, the Final Pretrial Conference scheduled in this case for September 29, 2014 at

---

[1] The requested deadline is a federal holiday.

9:30 a.m. is hereby **vacated** and **rescheduled** to **November 3, 2014,** at **9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).