IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02316-WJM-MEH

OSMAN ADAM,
ABDIRAHEEM AHMED f/k/a Rahim Ahmed,
ABDIKARIN DIRIR,
ABDIHAKIM FARAH,
HASSAN FARAH,
MOHAMUD FARAH,
ABSHIR HASSAN,
ABSHIR MAHAMED,
AHMED OMAR,
YESHIMEBET RISKE, AND
IBRAHIM YUSUF,

    Plaintiffs,

v.

MKBS LLC, d/b/a Metro Taxi, d/b/a Metro Taxi, Inc., a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 19, 2014.**

    Defendant's Unopposed Motion for Permission for Insurance Adjuster to Appear by Telephone at June 3, 2014 Settlement Conference [filed May 16, 2014; docket #64] is **granted** as follows. Counsel for Defendant shall ensure that the insurance representative is available by telephone throughout the entirety of the Settlement Conference. As a cautionary note, however, if the lack of physical presence of such a person becomes a hindrance to the progress of settlement negotiations (if any), the conference may be recessed and re-convened at a time when the representative can be present, and costs of the recessed conference may be assessed against the Defendant.